GUISEPPE CRAPRIZZIO, Appellant, v. CENTRAL NEW
    ENGLAND RAILWAY COMPANY, Respondent.

*Craprizzio* v. *Central New England Ry. Co.*, 172 App. Div. 950,
affirmed.

(Argued November 13, 1918; decided December 3, 1918.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered February 18, 1916, affirming a judgment in
favor of defendant entered upon a dismissal of the com-
plaint by the court at a Trial Term in an action to
recover for personal injuries alleged to have been sus-
tained by plaintiff through the negligence of defendant.
Plaintiff was in the employ of an individual contractor
doing work in one of defendant's yards. On the day
of the accident he quit work about five-thirty P. M.
and walked from the roundhouse southeast across the
spur tracks. The course he followed gradually converged
with the path which was south of the southerly ladder
track and he was attempting to reach that path when
the accident happened. He had crossed all the spur
tracks but the last one. There he was struck by an
east-bound train. On the day of the accident many of
the spur tracks contained cars, and in crossing said
tracks he passed between the cars wherever he could
find an opening. As he crossed next to the last spur
track there were one or two cars standing thereon to
his right between him and the ladder track. After
passing these cars he stated that he looked to the right
toward the ladder track and to the left and neither saw
nor heard anything approaching. He then took but two
steps when he was struck by the left-hand front corner
of the engine, which was dragging a train from the
southerly ladder track to the spur track. The complaint
was dismissed on the ground that defendant was guilty
of contributory negligence.

*Charles Goldzier* and *Frederick Hemley* for appellant.

*John M. Gibbons* and *Charles M. Sheafe, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.